# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00002-CV

**T. L., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 17-0004-CPS395, THE HONORABLE RYAN D. LARSON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant T.L. filed her notice of appeal on December 27, 2017. The appellate record was complete January 17, 2018, making appellant[]s brief due February 6, 2018. On February 5, 2018, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than February 20, 2018. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on February 6, 2018.

Before Justices Puryear, Pemberton, and Bourland